

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 0 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 8:21-MJ-00574-DUTY |
|---|---|
| PLAINTIFF(S) | 19-CR-01985-W-1 |
| v. | |
| HESS, HONORE GORDON<br>USMS # 74826-298 | **DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Probation Violation Petition
in the Southern District of California on 7/28/2021
at 2:46 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 7/13,2021
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Supervised Release Violation

A warrant for defendant's arrest was issued by: John Morrill, Clerk of Court

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Warrant For Arrest

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     8/20/21
                 Date

**JOHN OSBORN** Digitally signed by JOHN OSBORN
Date: 2021.08.20 10:01:24 -07'00'
Signature of Agent

J Osborn
Print Name of Agent

USMS
Agency

DUSM
Title